ACCEPTED
06-15-00006-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/26/2015 8:52:08 AM
DEBBIE AUTREY
CLERK

## APPELLANT'S DOCKETING STATEMENT

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/26/2015 8:52:08 AM
DEBBIE AUTREY
Clerk

Name of Appellant:

MICHAEL HOLT

Name of Appellant's Counsel:

Trial Counsel was Richard DeLuce, 1227 N. Fredonia, LongviewTX 75601, (903) 234-8181 (appointed) ;  Appellate Counsel Scott Rectenwald, 110  W. Fannin, Marshall, Texas 75670, (903) 938-3300, (903) 938-3310 fax, SBOT# 00794510 (appointed).

Date Notice of Appeal Filed:

January 7, 2015

Trial Court Name:

71st Judicial District Court for Harrison County, Texas, Hon. Brad Morin

Date sentence imposed:

October 28, 2014

Date of Motion for New Trial:

November 20, 2014

Offense Charged:

1 Count Aggravated Sexual Assault

Date of Offense:

August 20, 2012

Defendant's Plea:

Guilty

Trial:

Non-Jury; open plea to the Court

Punishment assessed:

25 years in the Texas Department of Criminal Justice

Names of other parties:

State of Texas, represented by Coke Solomon, District Attorney, Assistant D.A. Kristin Kaye

Whether appeal is from a pretrial order:

Counsel will have to review the record

Whether appeal involves the validity of a statute, order, or rule:

Counsel will have to review the record

Reporter's Record:

Requested.

Name of Court Reporter:                  Tanya McFarland

Date of Filing any motion and affidavit of
Indigence:                                Order appointing appellate counsel on or
about October 31, 2014


RESPECTFULLY SUBMITTED,

SCOTT RECTENWALD
110 W. Fannin
Marshall, TX 75670
srectenwald@aol.com
(903) 938-3300
(903) 938-3310 fax

/S/   Scott Rectenwald
Attorney for Defendant
TX Bar # 00794510


Certificate of Service
       The undersigned hereby certifies that a true and correct copy of the foregoing  as delivered to the office of the Harrison County District Attorney by the electronic case filing system and by hand delivery on January 26, 2015

/S/   Scott Rectenwald